UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the
LABORERS PENSION TRUST
FUND - DETROIT & VICINITY;
LABORERS VACATION & HOLIDAY
TRUST FUND - DETROIT & VICINITY;
LABORERS METROPOLITAN DETROIT
HEALTH & WELFARE FUND; LABORERS
ANNUITY FUND - DETROIT & VICINITY;
and the MICHIGAN LABORERS TRAINING FUND,

           Plaintiffs,

Case No. 12-CV-14178

v.

HON. GEORGE CARAM STEEH

A & R ENTERPRIZES, LLC,

           Defendant.
_____/

## ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT (#8)

On September 20, 2012, plaintiffs filed a complaint against defendant to collect fringe benefit payments allegedly due to plaintiffs from August 2011 forward pursuant to collective bargaining agreements entered into by defendant as an employer. Plaintiffs ask the court to find that defendant is contractually obligated to make fringe benefit contributions for a period beginning August 2011 and that defendant is obligated to maintain books and records sufficient to determine the fringe benefit contributions due or which may become due to its employees via contributions to plaintiffs. Plaintiffs seek an order requiring that defendant submit to an audit by plaintiffs of its books and records and awarding plaintiffs the amount owing for a period beginning August 2011 plus interest, costs, and attorneys' fees. Defendant's answer was due October 26, 2012. After defendant failed to answer, on November 14, 2012, an entry of default was

entered. On December 3, 2012, plaintiffs filed a motion for default judgment against defendant. The court set a response deadline of January 18, 2013 and set a hearing on the motion for February 4, 2013 at 3:00 p.m. The court served the order setting the response deadline and hearing date on defendant on January 10, 2013. Defendant failed to respond to the motion or appear at the hearing. For the reasons stated on the record and set forth in plaintiffs' motion, plaintiffs' motion is granted.

IT IS SO ORDERED.

Dated: February 4, 2013

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 4, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk