UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the
LABORERS PENSION TRUST FUND - DETROIT & VICINITY;
LABORERS VACATION & HOLIDAY TRUST FUND - DETROIT & VICINITY; LABORERS
METROPOLITAN DETROIT HEALTH & WELFARE FUND;
LABORERS ANNUITY FUND - DETROIT & VICINITY; and the
MICHIGAN LABORERS TRAINING FUND, trust funds established under,
and administered pursuant to, federal law,

      Plaintiffs,

                                  Case No. 12-14178
                                  HON. GEORGE CARAM STEEH

v.

A & R ENTERPRIZES LLC,

      Defendant.

_____/

## JUDGMENT FOR PLAINTIFFS

This matter having been heard pursuant to Plaintiffs' Motion for Default Judgment and the Court having decided to grant said Motion pursuant to FED.R.CIV.P. 55(b), **NOW, THEREFORE,**

**IT IS HEREBY ORDERED AND ADJUDGED THAT**

A.     Defendant A & R Enterprizes, LLC entered into (or adopted) collective bargaining agreements with the Laborers Union and that, pursuant to such agreements and applicable law, it (defendant) was obligated to make fringe benefit contributions to plaintiffs for, or with respect to work performed by, those of its employees who were represented by the Laborers Union;

B.     Defendant A & R Enterprizes, LLC  is contractually obligated to plaintiffs for the period from (at the latest) August, 2011;

1

C.      Defendant A & R Enterprizes, LLC shall specifically perform according to the

provisions of such collective bargaining agreements;

D.      Defendant was and is obligated to maintain books and records sufficient to determine

the fringe benefit contributions due or which may become due to its employees via contributions to

plaintiffs, and to submit to an audit by plaintiffs of its books and records to determine the accuracy

and timeliness of such contributions to plaintiffs;

E.      Defendant shall submit to plaintiffs (for inspection and audit) any and all books and

records (without limitation whatsoever) needed by plaintiffs to determine the amount of defendant's

indebtedness for the period from August, 2011;

F.      Plaintiffs are awarded the amount owing, if any, for the period from August, 2011,

as ascertained by the above audit, plus interest, costs and attorneys' fees; and

G.      This court shall retain jurisdiction over this matter for purposes of enforcement of

the provisions of this Judgment.

_____
UNITED STATES DISTRICT JUDGE

Dated: 2 4-13

2